IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMES LEE BALLARD,**

    *Plaintiff*,

v.                        Case No.: 4:22cv266-MW/MAF

**STATE OF FLORIDA JUDICIAL
QUALIFICATIONS, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 11, and has also reviewed *de novo* Plaintiff's objections, ECF No. 15. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 11, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's successive motion to proceed *in forma pauperis*, ECF No. 9, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 10, is **DISMISSED** for failure to honestly disclose his prior litigation history and because Plaintiff is improperly seeking monetary relief against a defendant who is immune from such relief." Plaintiff's motion to compel discovery, ECF No. 14, is **DENIED as moot**. The Clerk

shall note on the docket that this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii) and close the file.

**SO ORDERED on September 12, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**